UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

------------------------------------------------------

: 
JASMINE SELENA DONERSON, : CASE NO. 1:16-cv-3028
 : 
    Plaintiff, : 
 : 
vs. : OPINION & ORDER
 : [Resolving Doc. 1]
COMMISSIONER OF SOCIAL : 
SECURITY, : 
 : 
    Defendant. : 
 : 

------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

On December 20, 2016, Plaintiff Jasmine Donerson filed a complaint seeking judicial review of the Defendant Commissioner of Social Security's decision to deny her applications for child insurance benefits and supplemental security income.[1] The Court referred the matter to Magistrate Judge James R. Knepp II.

On January 8, 2018, Magistrate Judge Knepp issued a Report and Recommendation ("R&R") recommending that this Court affirm the Commissioner's final decision.[2] Objections to that R&R were due by January 11, 2018. Plaintiff Donerson filed no objections.

The Federal Magistrates Act requires a district court to conduct a *de novo* review only of those portions of an R&R to which the parties have made an objection.[3] Failure to timely object waives a party's right to appeal the Magistrate Judge's R&R.[4] So, where a party does not object to the R&R, a district court may adopt it without review.[5]

---

[1] Doc. 1; Doc. 16 at 1.
[2] *Id*.
[3] 28 U.S.C. § 636(b)(1)(C).
[4] *Thomas v. Arn*, 474 U.S. 140, 145 (1985); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).
[5] *See Thomas*, 474 U.S. at 149–50.

Case No. 1:16-cv-3028
Gwin, J.

Accordingly, in light of Plaintiff Donerson's decision not to object to the R&R in this case, the Court **ADOPTS** Magistrate Judge Knepp's R&R, incorporates it as if fully restated herein, and **AFFIRMS** the Commissioner's denial of benefits.

IT IS SO ORDERED.

Dated: January 16, 2018          *s/      James S. Gwin*
                                                       JAMES S. GWIN
                                                       UNITED STATES DISTRICT JUDGE